**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

August 12, 2026

---

INITIAL FEE NOTICE IN
CIVIL, HABEAS & 2255 CASES

---

No. 26-2090, Matthew LeFande v. ATF
1:24-cv-02311-RDA-LRV

**DUE DATE: September 11, 2026**

TO: Matthew LeFande

According to the district court docket, the filing fee of **$605** for this appeal has not been paid to the district court and you have not been granted leave to proceed in forma pauperis by the district court. Unless you have paid the filing fee to the Clerk, U.S. District Court, or been granted leave to proceed in forma pauperis by the district court by the due date shown above, you must file an **IFP-Application to proceed in forma pauperis** with the court of appeals by the due date shown. Failure to comply will cause this court to initiate the process set forth in Local Rule 45 to dismiss the appeal for failure to prosecute.

J. Neal, Deputy Clerk
804-916-2702