FILED: August 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2090
(1:24-cv-02311-RDA-LRV)

---

MATTHEW LEFANDE

Plaintiff - Appellant

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

Defendant - Appellee

---

O R D E R

---

Upon consideration of the motion to file a formal brief, the court grants leave for appellant to file a brief in such form as appellant chooses.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk